# In the United States District Court for the Southern District of Georgia Brunswick Division

|  |  |
|---|---|
| HOLY BAND OF INSPIRATION DELIVERANCE TEMPLE, INC., <br><br>   Plaintiff, <br><br> v. <br><br> CHURCH MUTUAL INSURANCE COMPANY, <br><br>   Defendant. | CV 223-029 |

## ORDER

Before the Court is Defendant Church Mutual Insurance Company's motion to dismiss. Dkt. No. 24. Plaintiff Holy Band of Inspiration Deliverance Temple, Inc. has filed no response, and the time for doing so has passed. As such, the motion is ripe for review.

## BACKGROUND

Plaintiff initiated this contract action in Glynn County Superior Court on December 7, 2022. Dkt. No. 1-1 at 5. At the time, Plaintiff was represented by counsel. Id. at 7. On February 24, 2023, Defendant removed the case to this Court. Dkt. No. 1. While the parties were participating in discovery, Plaintiff became unrepresented. See Dkt. No. 20. The Court stayed the case, id., and held two status conferences regarding

the status of Plaintiff's legal representation. See id., Dkt. Nos. 21, 22, 23. On January 12, 2024, the Court lifted the stay and reminded Plaintiff "it must be represented by an attorney because it is an entity." Dkt. No. 23.

## DISCUSSION

On January 12, 2024, after the Court lifted the stay, Defendant moved to dismiss this action due to Plaintiff's being unrepresented by counsel. Dkt. No. 24. Plaintiff's response to the motion was due January 26, 2024, but Plaintiff filed no response. The docket reflects no notice of appearance by counsel on behalf of Plaintiff. Thus, it appears Plaintiff has been unable to retain new counsel.

As the Court has previously pointed out, "[i]t has been the law for the better part of two centuries . . . a corporation may appear in the federal courts *only* through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) (emphasis added); see also Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

Because there is no dispute that Plaintiff is a corporation, and there is no dispute that Plaintiff is not

2

represented by counsel as required by law, Plaintiff's complaint must be **DISMISSED without prejudice.**

## CONCLUSION

Defendant's motion to dismiss, dkt. no. 24, is **GRANTED**. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED,** this 29 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA