AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HOLY BAND OF INSPIRATION DELIVERANCE TEMPLE, INC.,

Plaintiff,

v.

CHURCH MUTUAL INSURANCE COMPANY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-29

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 29, 2024, Defendant's motion to dismiss is granted.

Therefore, Plaintiff's complaint is dismissed without prejudice and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: January 30, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020